```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-00867-WHA |
| v. | STIPULATION AND [PROPOSED] ORDER |
| ALEXANDER IZAGUIRRE, | |
| Defendant. | |

The United States of America, by Melinda Haag, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Alexander Izaguirre, by his attorney, K.C. Maxwell, Esq., hereby stipulate and agree to the following:

1.  The defendant filed a pretrial discovery motion that was set for a hearing date of March 13, 2012 at 2:00 pm. The defendant also filed a motion to recuse the Court.

2.  The defendant's recusal motion has been assigned to the Honorable Susan Illston for resolution. In the meantime, the Court has ordered that the defendant's discovery motion be held in abeyance pending resolution of the recusal motion.

3. Accordingly, the parties hereby stipulate and agree that the March 13, 2012 hearing for the defendant's discovery motion should be continued until the defendant's recusal motion has been decided. The parties would respectfully propose April 3, 2012 at 2:00 pm as the continuation date. Because a motion is pending, time is automatically excluded under the Speedy Trial Act.

SO STIPULATED.

DATED: March 13, 2012  MELINDA HAAG
United States Attorney

By: /s/
W.S. Wilson Leung
Assistant United States Attorney

DATED: March 13, 2012  /s/
K.C. Maxwell, Esq.
Counsel for Alexander Izaguirre

FOR THE FOREGOING REASONS, the March 13, 2012 hearing in the above-captioned matter is continued until April 3, 2012. Time under the Speedy Trial Act is excluded through April 3, 2012 due to the pendency of pretrial motions.

SO ORDERED.

DATED: March 13, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE